UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:18 CR 220 ERW DDN |
| | ) |
| PHILIP D. DEAN, | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S MOTION FOR PRETRIAL DETERMINATION
OF PRETRIAL ISSUES RELATING TO SUPPRESSION**

Plaintiff, the United States of America, pursuant to the Court's March 26, 2018 Order, respectfully moves for a pretrial determination of pretrial issues relating to the pretrial suppression of evidence on constitutional or other grounds.

Specifically, the Government moves for a pretrial determination regarding two search warrants that were executed during the investigation of this case. The two warrants can be found at:

(1) *In re the search of a brick house with green shutters and a brown awning located at 511 E. Booneslick Rd, Warrenton, MO 63383*, Case No. 4:17 MJ 5187 NAB, and;

(2) *In re the search of a Facebook account regarding Dr. Dean*, Case No. 4:17 MJ 5139 NAB.

Further, the Government moves for a pretrial determination of statements that the defendant made during the execution of the warrant at the Booneslick address on August 9, 2017, as set forth in a Report of Interview from the U.S. Department of Health and Human Services, Office of Inspector General. This Report of Interview was previously provided to defendant's counsel on March 26, 2017.

Wherefore, the Government respectfully moves for these pretrial determinations, in accordance with the Court's March 26, 2018 Order.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

  /s/ Andrew J. Lay_____
Andrew J. Lay
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2018, the foregoing was filed electronically with the Clerk of the Court to be served by either operation of the Court's electronic filing system or electronic mail and first class mail, postage prepaid, upon the following:

Al White, counsel for defendant

/s/ AUSA Andrew J. Lay