UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:18 CR 220 ERW DDN |
| | ) |
| PHILIP D. DEAN, | ) |
| | ) |
| Defendant. | ) |

## GOVERNMENT'S MOTION TO FILE UNDER SEAL

COMES NOW the United States of America, by and through Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Andrew J. Lay, Assistant United States Attorney for said District, and hereby moves this Court to file its document under seal.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

 /s/  Andrew J. Lay
ANDREW J. LAY, #39937MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2018 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                              */s/ Andrew J. Lay*
                                              ANDREW J. LAY, #39937MO
                                              Assistant United States Attorney